**15-25-00150-CV**

ACCEPTED
15-25-00150-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/19/2025 8:26 PM
CHRISTOPHER A. PRINE
CLERK

**No. 25-_____**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/19/2025 8:26:13 PM
CHRISTOPHER A. PRINE
Clerk

15ᵗʰ Court of Appeals of Texas

*In Re ColossusBets Limited*
Relator.

---

## MOTION TO STAY PROCEEDINGS UNDER TEX. R. APP. P. 52.10

---

Original Proceeding from
Cause No. 25-BC03A-0007
Business Court of Texas
Third Division
Austin, Texas

---

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

Derrick Carson (Texas Bar No. 24001847)
Charles Conrad (Texas Bar No. 24040721)
Jonathan Sink (Texas Bar No. 24099968)
Lindsey Mitchell (Texas Bar No. 24138645)
PILLSBURY WINTHROP SHAW PITTMAN LLP
609 Main Street, Suite 2000
Houston, Texas 77002
(713) 276-7600 (Telephone)
(713) 276-7673 (Facsimile)
Derrick.Carson@pillsburylaw.com
Charles.Conrad@pillsburylaw.com
Jonathan.Sink@pillsburylaw.com
Lindsey.Mitchell@pillsburylaw.com

***Counsel for Relator ColossusBets Limited***

## IDENTITIES OF PARTIES AND COUNSEL

*Relator/Defendant*

ColossusBets Limited

> *Represented by:*
>
> Derrick Carson (Texas Bar No. 24001847) (Lead Counsel)
> Charles Conrad (Texas Bar No. 24040721)
> Jonathan Sink (Texas Bar No. 24099968)
> Lindsey Mitchell (Texas Bar No. 24138645)
> Pillsbury Winthrop Shaw Pittman LLP
> 609 Main Street, Suite 2000
> Houston, Texas 77002
> (713) 276-7600 (Telephone)
> (713) 276-7673 (Facsimile)
> Derrick.Carson@pillsburylaw.com
> Charles.Conrad@pillsburylaw.com
> Jonathan.Sink@pillsburylaw.com
> Lindsey.Mitchell@pillsburylaw.com

*Respondent*

Honorable Melissa Andrews
Judge of the Texas Business Court, Third Division
Austin, Texas

*Real Parties in Interest*

*Plaintiff*

Jerry B. Reed

> *Represented by:*
>
> Richard L. LaGarde (Texas Bar No. 11819550)
> Mary LaGarde (Texas Bar No. 24037645)
> LAGARDE LAW FIRM, P.C.
> 230 Westcott St., Suite 100
> Houston, TX 77007
> TEL: (713) 993-0660

richard@lagardelaw.com
mary@lagardelaw.com

Manfred Sternberg (Texas Bar No. 19175775)
MANFRED STERNBERG & ASSOCIATES, P.C.
1700 Post Oak Blvd.
2 BLVD Place Suite 610
Houston, TX 77056
TEL: (713) 622-4300
FAX: (713) 622-9899
manfred@msternberg.com

Jeff Adams (Texas Bar No. 24006736)
THE LAW OFFICE OF JEFF ADAMS, PLLC
119 Logansport Street
Center, TX 75935
Tel: (936) 598-4900
jeff@jeffadamslaw.com


**Other Defendants**

Rook TX LP

Rook GP LLC

**Represented by:**

David E. Harrell, Jr. (Texas Bar No. 00793905) (Lead Counsel)
Mia Lorick (Texas Bar No. 24091415)
Kathleen C. Laird (Texas Bar No. 24132063)
Bradden Pippin (Texas Bar No. 24143893)
Troutman Pepper Locke LLP
600 Travis, Suite 2800
Houston, Texas 77002-3095
Telephone: (713) 226-1200
Facsimile: (713) 229-2510
David.Harrell@Troutman.com
Mia.Lorick@Troutman.com
Kathleen.Laird@Troutman.com
Bradden.Pippin@Troutman.com

Qawi and Quddus, Inc.

*Represented by:*

Jon Michael Smith (Texas Bar No. 18630750)
3301 Northland Dr., Suite 215
Austin, Texas 78731
Tel: (512) 371-1006
Fax: (512) 476-6685
jon@jonmichaelsmith.com


Lottery Now, Inc.

*Represented by:*

Aimee C. Oleson (Texas Bar No. 24036391) (Lead Counsel)
Grace S. Miller (Texas Bar. No. 24132499)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2200 Ross Avenue, 20th Floor
Dallas, Texas 75201
Tel. (469) 391-7400
Fax (469) 391-7401
aoleson@sheppardmullin.com
gmiller@sheppardmullin.com

**MOTION TO STAY PROCEEDINGS**

TO THE HONORABLE COURT:

Relator ColossusBets Limited ("Relator") requests the Court to issue an order staying all proceedings in Cause No. D-1-GN-25-002446 in the 353rd District Court, Travis County, Texas, pursuant to TEX. R. APP. P. 52.10, pending resolution of Relator's concurrently filed Petition for Writ of Mandamus. Relator's Petition for Writ of Mandamus is hereby incorporated by reference as if fully set forth herein.

In support of its Motion, Relator shows as follows:

## BACKGROUND

On August 25, 2025, Respondent entered an order remanding the underlying cause of action from the Business Court, Third Division to the 353rd District Court, Travis County (the "Order").

Relator has challenged the Order in its contemporaneously filed Petition for Writ of Mandamus, which asserts that Respondent, having already denied remand and exercised jurisdiction, acted improperly in subsequently relinquishing jurisdiction. The petition asks this Court to vacate the Order and direct Respondent to proceed with the underlying action.

Respondent's Order has already been effectuated, as the 353rd District Court has resumed jurisdiction and set a hearing for October 1, 2025 on discovery motions filed by Plaintiff. Absent intervention from this Court, the case will continue in that forum even though the propriety of the Order that returned jurisdiction to the district

5

court is the very question now before this Court. There are several significant motions pending in this case that could be decided in the wrong court absent a stay during the pendency of the mandamus proceeding, including the following:

- *Defendants Rook TX LP and Rook GP LLC's Amended Rule 91a Motion to Dismiss, which was joined by Defendants ColossusBets Limited, Lottery Now, Inc. and Qawi and Quddus, Inc. as to the money had and received claim. That Motion was heard by Respondent on August 18, 2025 before it remanded the case;*

- *Defendant ColossusBets Limited's Rule 91a Motion to Dismiss, which was joined by Defendants Lottery Now, Inc. and Qawi and Quddus, Inc.;*

- *Defendant ColossusBets Limited's Special Appearance;*

- *Plaintiff's Amended Motion to Compel Compliance with Business Court Discovery Order (against the Rook Defendants), which is currently set for hearing on October 1, 2025; and*

- *Plaintiff's Motion to Compel Discovery Responses from Defendant Qawi and Quddus, Inc., which is currently set for hearing on October 1, 2025.*

## ARGUMENT & AUTHORITIES

In conjunction with a petition for writ of mandamus, a relator "may file a motion to stay any underlying proceedings or for any other temporary relief pending the court's action on the petition." TEX. R. APP. P. 52.10(a). The court may "grant any just relief pending the court's action on the motion." TEX. R. APP. P. 52.10(b). "Just relief may include staying the enforcement of an order for purposes of protecting the jurisdiction of the appellate court by maintaining the status quo of the underlying proceeding while the court considers the merits of the original

proceeding." *In re Johnston,* No. 07-2200177-CV, 2022 WL 2376294 (Tex. App.—Amarillo 2022, orig. proceeding); *see also In re LCS SP, LLC,* 640 S.W.3d 848, 855-856 (Tex. 2022) (holding that appellate court's stay of underlying proceedings pending its decision on writ of mandamus was a "proper exercise of the appellate court's authority to preserve its jurisdiction."); *In re Robinett,* No. 03-21-00649-CV, 2022 WL 382008, at *1 n. 1 (Tex. App.—Austin Feb. 9, 2022, orig. proceeding)*; In re Kelleher,* 999 S.W.2d 51, 52 (Tex. App.—Amarillo 1999, orig. proceeding) (Rule 52.10 exists to afford the court opportunity to address disputes encompassed within petition for mandamus by maintaining status quo until it can address that dispute).

Relator's Petition for Writ of Mandamus presents a critical, first-impression question about the stability of the Business Court's jurisdiction. After initially denying remand and exercising jurisdiction, Respondent later reversed course and relinquished jurisdiction based solely on Plaintiff's artfully amended pleadings. The petition asks whether jurisdiction, once properly invoked and exercised, can be divested in these circumstances. That question carries systemic consequences for the predictability of the newly created Business Court. Preserving the status quo while this Court considers that issue is consistent with the purpose of Rule 52.10 and well-established precedent that temporary relief in the form of a stay is an appropriate means of safeguarding appellate jurisdiction.

Accordingly, an order from this Court staying all proceedings in Cause No. D-1-GN-25-002446 is necessary to maintain the status quo, preserve this Court's jurisdiction, and ensure that any forthcoming ruling on the central issue of this proceeding will be fully effective in governing the action below.

As further detailed in the Certificate of Compliance below, Relator has complied with TEX. R. APP. P. 52.10(a)'s notification requirement.

## **PRAYER**

For these reasons, Relator ColossusBets Limited, prays that this Court grant its Motion to Stay Proceedings in Cause No. D-1-GN-25-002446 in the 353rd District Court, Travis County, Texas, pending this Court's ruling on Relator's Petition for Writ of Mandamus.

Relator further prays for all other relief to which it is justly entitled.

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Derrick Carson*
Derrick Carson (Texas Bar No. 24001847)
Charles Conrad (Texas Bar No. 24040721)
Jonathan Sink (Texas Bar No. 24099968)
Lindsey Mitchell (Texas Bar No. 24138645)
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
609 Main Street, Suite 2000
Houston, Texas 77002
(713) 276-7600 (Telephone)
(713) 276-7673 (Facsimile)
Derrick.Carson@pillsburylaw.com
Charles.Conrad@pillsburylaw.com
Jonathan.Sink@pillsburylaw.com
Lindsey.Mitchell@pillsburylaw.com

***Counsel for Relator ColossusBets Limited***

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with counsel for the parties that have entered an appearance in this case.  The Rook Defendants, Defendant Q&Q, and Defendant Lottery Now, Inc. agree to this motion.  Plaintiff opposes it.

*/s/ Derrick Carson*
Derrick Carson

## CERTIFICATE OF SERVICE

I certify that on September 19, 2025, a true and correct copy of the foregoing document was served via electronic transmission on all counsel of record.

*/s/ Derrick Carson*
Derrick Carson

## CERTIFICATE OF COMPLIANCE

I certify that Relator has complied with the requirements of Texas Rules of Appellate Procedure 52.10(a).  On September 9, 2025, I notified Richard LaGarde, counsel for Plaintiff/Real Party in Interest by e-mail that this motion for temporary relief would be filed.

*/s/ Derrick Carson*
Derrick Carson

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Samantha Guajardo on behalf of Derrick Carson
Bar No. 24001847
samantha.guajardo@pillsburylaw.com
Envelope ID: 105864280
Filing Code Description: Original Proceeding Petition
Filing Description: Petition for Writ of Mandamus
Status as of 9/22/2025 7:20 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Honorable Melissa Andrews | | bcdivision3a@txcourts.gov | 9/19/2025 8:26:13 PM | SENT |
| Grace Miller | 24132499 | gmiller@sheppardmullin.com | 9/19/2025 8:26:13 PM | SENT |
| Aimee Oleson | 24036391 | aoleson@sheppardmullin.com | 9/19/2025 8:26:13 PM | SENT |
| Jon Smith | 18630750 | jon@jonmichaelsmith.com | 9/19/2025 8:26:13 PM | SENT |
| Bradden Pippin | 24143893 | bradden.pippin@troutman.com | 9/19/2025 8:26:13 PM | SENT |
| Kathleen Laird | | Kathleen.Laird@Troutman.com | 9/19/2025 8:26:13 PM | SENT |
| Mia Lorick | 24091415 | Mia.Lorick@troutman.com | 9/19/2025 8:26:13 PM | SENT |
| David Harrell | 793905 | david.harrell@troutman.com | 9/19/2025 8:26:13 PM | SENT |
| Jeffrey Adams | 24006736 | jeff@jeffadamslaw.com | 9/19/2025 8:26:13 PM | SENT |
| Manfred Sternberg | 19175775 | manfred@msternberg.com | 9/19/2025 8:26:13 PM | SENT |
| Mary Lagarde | 24037645 | mary@lagardelaw.com | 9/19/2025 8:26:13 PM | SENT |
| Richard Lagarde | 11819550 | richard@lagardelaw.com | 9/19/2025 8:26:13 PM | SENT |
| Lindsey Mitchell | | lindsey.mitchell@pillsburylaw.com | 9/19/2025 8:26:13 PM | SENT |
| Jon Sink | | jonathan.sink@pillsburylaw.com | 9/19/2025 8:26:13 PM | SENT |
| Charles Conrad | | charles.conrad@pillsburylaw.com | 9/19/2025 8:26:13 PM | SENT |
| Derrick Carson | | Derrick.carson@pillsburylaw.com | 9/19/2025 8:26:13 PM | SENT |
| Ryan Dickinson | | ryandickinson79@gmail.com | 9/19/2025 8:26:13 PM | SENT |